# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0436

VERSUS

DEDRICK LABEE

**APRIL 26, 2022**

---

In Re:    Dedrick Labee, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          2002627.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**STAY DENIED.   WRIT DENIED.**

**GH**
**WRC**

**Guidry, J.,** concurs and would deny the writ application on
the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT